IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBBIE ANN LOWE, | ) | 1:5-CV-00513-REC-WMW-HC |
| | ) | |
| Petitioner, | ) | SECOND ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | ) | |
| GLORIA HENRY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

    Petitioner, a state prisoner proceeding pro se, is proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 27, 2005, the court ordered petitioner to submit a **certified** copy of her prison trust account statement for the six month period immediately preceding the filing of the petition, pursuant to 28 U.S.C. § 1915(a)(2). On May 13, 2005, petitioner submitted a copy of her trust account statement. However, the copy of the statement was not **certified**. Petitioner will be provided the opportunity to submit a **certified** copy of her trust account statement in support of her request to proceed in forma pauperis, **or** pay the $5.00 filing fee.

    In accordance with the above, IT IS HEREBY ORDERED that within thirty days

of the date of service of this order, petitioner shall submit a **certified** copy of her prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     June 6, 2005**                                      /s/  **William M. Wunderlich**
bl0dc4                                                        UNITED STATES MAGISTRATE JUDGE