IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBBIE ANN LOWE,**<br><br>   **Petitioner,**<br><br>   v.<br><br>**GLORIA HENRY,**<br><br>   **Respondent.** | CV F 05-0513 AWI WMW HC<br><br>ORDER DENYING MOTION<br>FOR CHANGE OF VENUE<br><br>[Doc. 23] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 18, 2006, Petitioner filed a motion for a change of venue. In support of this motion, Petitioner cites the California Penal Code and argues that she will not be able to obtain a fair trial in this court. Petitioner's motion is misplaced and her arguments are not applicable to this court. Petitioner is now proceeding in the United States District Court, not the Superior Court of the State of California. The California Penal Code has no application

to this court.  Further, Petitioner is not proceeding to trial in this court, but rather is proceeding on a petition for writ of habeas corpus.  The court concludes, therefore, that Petitioner's motion is meritless.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for a change of venue is DENIED.

IT IS SO ORDERED.

**Dated:   September 25, 2006**            /s/  **William M. Wunderlich**
bl0dc4                                                    UNITED STATES MAGISTRATE JUDGE

2