UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBBIE ANN LOWE, | ) | 1:05-CV-00513-AWI-WMW-HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS |
| GLORIA HENRY, | ) ) | (Doc. 22) |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 18, 2006, petitioner filed a motion to extend time to file objections to the Magistrate's findings and recommendations of July 17, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations.

IT IS SO ORDERED.

**Dated:   October 10, 2006**          **/s/ William M. Wunderlich**
j14hj0                                              UNITED STATES MAGISTRATE JUDGE