IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DEBBIE ANN LOWE,** | ) | 1: 05 -CV--0513 LJO WMW HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING** |
| | ) | **FINDINGS AND** |
| v. | ) | **RECOMMENDATIONS RE** |
| | ) | **MOTION TO DISMISS** |
| **GLORIA HENRY,** | ) | [Doc. 14, 20] |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

 Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

 On July 17, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. After receiving extensions of time, Petitioner filed objections on November 2, 2006.

 In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has

conducted a <u>de</u> <u>novo</u> review of this case.   See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on July 17, 2006, are a adopted in full;
2. Respondent's motion to dismiss is GRANTED;
3. The Petition for Writ of Habeas Corpus is DISMISSED;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   February 27, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES DISTRICT JUDGE

2